IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

Terrell J. Armstrong, Plaintiff

Address: 2771 Hunters Pond Run

Phone: 312-859-4877

Email: jasonjames4114@gmail.com

25-cv-2111

v.

Champaign County, Defendant

Address: 1776 E. Washington St., Urbana, IL 61802

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)**

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

**I. JURISDICTION AND VENUE**

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and § 1343(a)(3), as it arises under 42 U.S.C. § 1983. Venue is proper under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in Champaign County, Illinois.

**II. PARTIES**

Plaintiff Terrell J. Armstrong is a resident of Illinois, residing at 2771 Hunters Pond Run. Defendant Champaign County is a governmental entity in the State of Illinois responsible for the operation of its courts and law enforcement agencies.

**III. STATEMENT OF FACTS**

1. On October 1, 2023, Plaintiff checked the Champaign County court docket and confirmed his hearing for

October 3, 2023.

2. Plaintiff attended the October 3 hearing.

3. On October 6, 2023, a warrant was issued against Plaintiff for failure to appear.

4. On October 17, 2023, Plaintiff was arrested in Chicago by CPD based on that erroneous warrant.

5. At CPD Calumet District 005, Plaintiff conversed with an officer who reviewed the court docket and agreed the warrant post-dated the court date.

6. Plaintiff was processed into Cook County Jail, stripped of property, and released late on October 19.

7. Plaintiff was misdirected to a Bridgeview address, but eventually rerouted to the correct precinct.

8. Plaintiff submitted a FOIA and preservation request to CPD regarding body cam and intake footage.

## IV. CLAIMS FOR RELIEF

Count I - Fourth Amendment (Unlawful Seizure):

Plaintiff was seized under a warrant that should not have existed, violating his rights under the Fourth Amendment.

Count II - Fourteenth Amendment (Due Process):

Plaintiff's liberty was deprived without due process due to the erroneous issuance and enforcement of a warrant after court attendance.

## V. RELIEF REQUESTED

WHEREFORE, Plaintiff requests:

- A declaratory judgment stating his rights were violated.

- An injunction preventing similar future occurrences.

- Correction of arrest records.

- Costs and any other relief this Court deems just and proper.

## VI. EXHIBITS

Exhibit A - Screenshot of Oct 1 docket

Exhibit B - Court docket showing Oct 6 warrant

Exhibit C - CPD Arrest record

Exhibit D - Text log re: confusion and detention

Exhibit E - Duplicate of docket check

Exhibit F - CPD evidence bag with Calumet ID

Exhibit G - Wrong Bridgeview address slip

Exhibit H - Map showing wrong destination

Exhibit I - FOIA/Preservation request email