# EXHIBIT INDEX

**Exhibit A:**  Screenshot of October 1, 2023, case lookup showing Plaintiff's awareness of the October 3 court date.

**Exhibit B:**  Docket record showing court appearance scheduled October 3, and warrant issued October 6, 2023.

**Exhibit C:**  CPD arrest record confirming arrest on October 17, 2023 in Calumet.

**Exhibit D:**  Text messages from October 20, 2023 confirming wrongful imprisonment and confusion.

**Exhibit E:**  Duplicate image of Exhibit A to reinforce the October 3 court date timeline.

**Exhibit F:**  Photo of clothing/property bag tags from CPD District 005 (Calumet).

**Exhibit G:**  Handwritten note showing incorrect Bridgeview address given upon release.

**Exhibit H:**  Map showing distance and route confusion between Cook County Jail and Calumet Precinct.

**Exhibit I:**  Email sent April 13, 2025 to CPD FOIA address with preservation demand.

Exhibit A

| | |
|---|---|
| **Case Title** | ARMSTRONG TERRELL J |
| **Charge (First)** | CRIM DMG TO PROP $500-10K |

| | | | |
|---|---|---|---|
| Case # | 2023CF000354 | Amount Owed | $.00 |
| Name | ARMSTRONG TERRELL J | Participant Type | Defendant |
| Case Type | Criminal Felony | | |
| Status | Open | Next/Last Court Date | 10/03/2023 at 9:0 |
| Judge | WEBBER ROGER | | |

Exhibit G



**Exhibit I**



From: T A jasonjames4114@gmail.com
To: foia@chicagopolice.org
Date: Apr 13, 2025 at 12:39 PM

"Apologies, attachments were missing. Please find the FOIA request and Preservation Demand Notice attached now."

On Sun, Apr 13, 2025 at 12:32 PM T A <jasonjames4114@gmail.com> wrote:

Hello

Please find attached two documents related to my arrest and precinct intake at District 005 (Calumet) on October 17, 2023.

1. A FOIA request for body-worn camera footage, internal precinct footage, and reports tied to my arrest, traffic stop, and processing.

2. A Preservation Demand Notice formally requesting that relevant footage and records be preserved in anticipation of litigation.

This request supports a federal civil rights lawsuit I am pursuing against Champaign County, not the City of Chicago or CPD. I am seeking records strictly for evidentiary purposes.

The request specifically concerns:

Exhibit F



Exhibit B





# Docket Sheet

**2023CF000354** — State of Illinois vs. ARMSTRONG TERR

Case Dispositioned & Sentenced on 4/1

| Date | All Case Entries |
|---|---|
| 10/03/2023 | Circuit clerk to send notice of bond forfeiture hearing. |
| | Bond forfeiture notice to be sent by Oct 13, 2023 |
| 10/06/2023 | Warrant of arrest filed. |
| 11/02/2023 | Defendant's motion for continuance. |
| | People appear by Daniel J. Reynolds. Defendant appears personally and |
| | with counsel, Anthony Ortega. Motion by the Defendant for continuance. |
| | Motion allowed. |
| | Bond forfeiture hearing VACATED. Bond previously established is |
| | reinstated. |

## Supplemental Exhibit H



Exhibit D





Exhibit C

# Details

## Arrest

**NAME**
TERRELL J ARMSTRONG

**AGE**
22

**CB NUMBER**
30289627

**ARRESTED**
Tuesday, October 17, 2023 9:55 AM

**ARREST LOCATION**
2 E 111TH ST

**ARRESTING AGENCY**
CHICAGO POLICE DEPARTMENT

**RELEASED (*AGENCY DETENTION FACILITY*)**
Wednesday, October 18, 2023 6:25 AM

**BOND TYPE**
**BOND AMOUNT**
**BOND DATE**

**AREA**

**Exhibit H**

